THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE GENETICS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARIZONA SCIENCE AND TECHNOLOGY ENTERPRISES LLC, an Arizona limited liability company, doing business as ARIZONA TECHNOLOGY ENTERPRISES, LLC; THE ARIZONA BOARD OF REGENTS, for and on behalf of ARIZONA STATE UNIVERSITY,<br><br>　　　　　　　Defendants. | No. 2:12-CV-01734-RAJ<br><br>**STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT** |

　　　Plaintiff Seattle Genetics, Inc. ("SG") and Defendant Arizona Science and Technology Enterprises LLC ("AzTE") stipulate as follows:

　　　1.　　The Court may grant Plaintiff Seattle Genetics's Motion for Leave to File Second Amended Complaint and to Revise Case Caption;

　　　2.　　AzTE does not waive any rights to seek attorney fees and costs incurred in defending this action and in particular in pursuing its motion to dismiss. SG does not waive its right to oppose any such request.

STIPULATION TO ALLOW FILING OF
SECOND AMENDED COMPLAINT
(No. 2:12-cv-01734-RAJ) – 1

LEGAL26357620.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

STIPULATED AND AGREED TO:

DATED:  April 11, 2013

s/ Guy P. Michelson
Guy P. Michelson, WSBA # 7017
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 4th Avenue, Suite 3900
Seattle, WA  98154-1051
Tel: 206.625-8600
Fax: 206.625-0900
gmichelson@corrcronin.com
jbone@corrcronin.com

James G. Gilliland, Jr.
KILPATRICK TOWNSEND
 & STOCKTON LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Telephone: 415-576-0200
Facsimile: 415-576-0300
jgilliland@kilpatricktownsend.com

Susan M. Spaeth
KILPATRICK TOWNSEND
 & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA  94025
Telephone: 650-326-2400
Facsimile: 650-326-2422
sspaeth@kilpatricktownsend.com

Attorneys for Plaintiff Seattle Genetics, Inc.

s/ Tyler C. Peterson
C. Mark Kittredge, *pro hac vice*
MKittredge@perkinscoie.com
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

Jerry A. Riedinger, WSBA # 25828
JRiedinger@perkinscoie.com
Tyler C. Peterson, WSBA # 39816
TylerPeterson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
Fax: 206.359.9000

Attorneys for Defendants The Arizona Board of Regents and Arizona Science and Technology Enterprises LLC

Jason G. Sheasby *pro hac vice*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone: 310.277.1010
Facsimile: 310.203.7199
JSheasby@irell.com

Attorneys for Defendant Arizona Science and Technology Enterprises LLC

STIPULATION TO ALLOW FILING OF
SECOND AMENDED COMPLAINT
 (No. 2:12-cv-01734-RAJ) – 2
LEGAL26357620.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**[PROPOSED]** ORDER

It is so ORDERED.

DATED this 16th day of April, 2013.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION TO ALLOW FILING OF
SECOND AMENDED COMPLAINT
 (No. 2:12-cv-01734-RAJ) – 3
LEGAL26357620.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000